UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER DICKSON, individually and on behalf of all other persons similarly situated,<br><br>*Plaintiffs*,<br><br>-against-<br><br>THE CITY OF NEW YORK,<br><br>*Defendant*. | 22-cv-02207 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On March 29, 2024, Defendant filed a motion to dismiss the Second Amended Complaint ("SAC"), ECF No. 48-3. ECF No. 54. However, Defendant did not file a pre-motion conference letter. As such, the motion to dismiss is DENIED without prejudice. Defendant is directed to first file a letter request.

The Clerk of the Court is respectfully directed to close the open motion at ECF No. 54.

**SO ORDERED.**

Dated: April 10, 2024
      New York, New York

                                      ANDREW L. CARTER, JR.
                                      United States District Judge