**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DICKSON,** <br><br>                             **Plaintiff,** <br><br> -against- <br><br> **CITY OF NEW YORK, ET AL,** <br><br>                             **Defendants.** | **22-cv-2207 (ALC)** <br><br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Parties should submit a joint status report by June 16, 2025 advising the Court of the status of this action.

**SO ORDERED.**

Dated:  June 9, 2025
         New York, New York                       _____
                                                                   **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**