**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Dickson, | |
| | **1:22-cv-02207 (ALC) (SDA)** |
| **Plaintiff,** | |
| | **ORDER** |
| -against- | |
| The City of New York et al., | |
| | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED as follows:

1.      No later than September 8, 2025, counsel shall meet and confer with respect to the purported deficiencies in the Second Amended Complaint ("SAC").

2.      No later than September 15, 2025, Plaintiff shall file a Third Amended Complaint addressing any deficiencies or a letter to the ECF docket indicating an intent to stand on the SAC.

3.      No later than September 1, 2025, Plaintiff's counsel shall file a notice of appearance on behalf of Joseph Stanley to the ECF docket.

**SO ORDERED.**

Dated:      New York, New York
            August 25, 2025

_____
STEWART D. AARON
United States Magistrate Judge