UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Stanley, *individually and on behalf of all other persons similarly situated*,<br><br>                              Plaintiffs,<br><br>-against-<br><br>The City of New York,<br><br>                              Defendant. | 1:22-cv-02207 (ALC) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

On September 30, 2025, Plaintiffs filed a Third Amended Complaint ("TAC"). (TAC, ECF No. 69.) Defendant was required to file a response to the TAC no later than October 14, 2025. *See* Fed. R. Civ. P. 15(a)(3). Defendant has yet to file a response to the TAC and is now in default. Accordingly, it is hereby ORDERED that no later than October 24, 2025, Defendant shall respond to the TAC or request an extension of time to do so.

SO ORDERED.

Dated:   New York, New York
         October 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge