**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Joseph Stanley**, *individually and on behalf of all other persons similarly situated*,

                    **Plaintiffs,**

        -against-

**The City of New York,**

                    **Defendant.**

---

**1:22-cv-02207 (ALC) (SDA)**

**ORDER**

---

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiffs and counsel for Defendant appeared. For the reasons stated on the record during the telephone conference, it is hereby ORDERED, as follows:

1. No later than Monday, March 30, 2026, the parties shall file a joint letter apprising the Court on the status of settlement discussions in this case.

2. No later than Thursday, March 5, 2026, either the City shall file a motion to withdraw on behalf of Attorney Schaefer, who is no longer with the New York City Law Department, or Attorney Schaefer shall do so himself.

**SO ORDERED.**

Dated:        New York, New York
              February 26, 2026

_____
STEWART D. AARON
United States Magistrate Judge